*Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 1232. CROCKETT *v.* ILLINOIS. May 21, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1116. BONGIORNO *v.* RAGEN, WARDEN. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles Liebman* for petitioner. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 1162. SPRUILL *v.* BALLARD ET AL. May 21, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

No. 866. TWISP MINING & SMELTING CO. *v.* CHELAN MINING CO. ET AL. See *ante,* p. 837.

No. —. ILLINOIS EX REL. PRICE *v.* RAGEN, WARDEN. May 28, 1945. Petition for writ of certiorari denied.

No. 1096. PIERCE OIL CORP. ET AL. *v.* UNITED STATES. May 28, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Eugene Untermyer, Edgar J. Goodrich* and *John A. Gage* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for the United States.